RECEIVED
IN MONROE, LA

MAY 1 2 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

EDWARD CHARLES NICHOLSON       *       CIVIL ACTION NO.  08-0110

VERSUS                         *       JUDGE JAMES

BOBBIE WISE                     *       MAGISTRATE JUDGE HAYES

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss [doc. # 23] filed by defendant, Bobbi Wise, be, and it is hereby **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff be, and is hereby granted a 60 day extension of time to perfect service against defendant Bobbi Wise.

**IT IS FURTHER ORDERED** that within the next 15 days from the date of this judgment, defense counsel shall provide plaintiff's counsel with Wise's last known home address, or otherwise facilitate waiver of service pursuant to Federal Rule of Civil Procedure 4(d).

THUS DONE AND SIGNED this 12 day of May , 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE