RECEIVED
IN MONROE, LA

AUG 24 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| EDWARD CHARLES NICHOLSON | * | CIVIL ACTION NO. 08-0110 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BOBBIE WISE | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 47] filed by Defendant Bobbie Wise is hereby **GRANTED**, and that judgment is entered in favor of said Defendant, dismissing with prejudice Plaintiff's claims against her.

MONROE, LOUISIANA, this 24 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE